**2003–0213.  Monroe Guar. Ins. Co. v. Kuba.**

Stark App. No. 2002CA00175, 2002-Ohio-7010. Discretionary appeal allowed and cause held for the decision in 2002–0610, *Geren v. Westfield Ins. Co.,* Lucas App. No. L–01–1398, 2002-Ohio-1230; briefing schedule stayed.

RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.

**2003–0220.  Scaglione v. Kraftmaid Cabinetry, Inc.**

Geauga App. No. 2001–G–2364, 2002-Ohio-6917.

RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.

**2003–0232.  Warren v. Hartford Ins. Co.**

Cuyahoga App. No. 81139, 2002-Ohio-7067. Discretionary appeal allowed and cause held for the decision in 2002–0932, *Westfield Ins. Co. v. Galatis,* Summit App. No. 20784, 2002-Ohio-1502; briefing schedule stayed.

RESNICK, F.E. SWEENEY and LUNDBERG STRATTON, JJ., dissent.

**2003–0234.  Sifco Industries, Inc. v. Safety Natl. Cas. Corp.**

Cuyahoga App. No. 81202, 2002-Ohio-6511. Discretionary appeal allowed and cause held for the decision in 2001–1891 and 2002–0262, *Penn Traffic Co. v. AIU Ins. Co.,* Pike App. No. 00CA653, 2001-Ohio-2567; briefing schedule stayed.

RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.

**2003–0239.  Mlecik v. Farmers Ins. of Columbus, Inc.**

Cuyahoga App. No. 81110, 2002-Ohio-6222. Discretionary appeal allowed and cause held for the decision in 2002–0803 and 2002–0837, *German v. Therm-O-Disc, Inc.,* Richland App. No. 01CA512, 2002-Ohio-1848; briefing schedule stayed.

RESNICK and PFEIFER, JJ., dissent.

Discretionary cross-appeal allowed and cause held for the decision in 2002–0579, *Burkhart v. CNA Ins. Co.,* Stark App. No. 2001CA00265, 2002-Ohio-908; briefing schedule stayed.

RESNICK and PFEIFER, JJ., dissent.

**2003–0242.  State v. Crowley.**

Franklin App. No. 02AP–235, 2002-Ohio-7027. Discretionary appeal allowed and cause held for the decision in 2002–0201, *State v. Fisher,* Franklin App. No. 01AP–614, 2001-Ohio-8772; briefing schedule stayed.

RESNICK, F.E. SWEENEY and LUNDBERG STRATTON, JJ., dissent.

**2003–0249.  State v. Barnhouse.**

Athens App. No. 02CA22, 2002-Ohio-7082. Discretionary appeal allowed and cause consolidated with 2003–0313, *State v. Barnhouse,* Athens App. No. 02CA22, 2002-Ohio-7082.

F.E. SWEENEY and O'CONNOR, JJ., dissent.

RESNICK, J., not participating.

**2003–0252.  State v. Thompson.**

Cuyahoga App. No. 78919, 2002-Ohio-6478. Discretionary appeal allowed and cause consolidated with 2003–0283, *State v. Thompson,* Cuyahoga App. No. 78919, 2002-Ohio-6478.

PFEIFER, J., dissents.

**2003–0258.  Poulton v. Am. Economy Ins. Co.**

Stark App. Nos. 2002CA00038 and 2002CA00061, 2002-Ohio-7214. Discretionary appeal allowed on Proposition of Law No. II; cause consolidated with 2003–0415, *Poulton v. Am. Economy Ins. Co.,* Stark App. Nos. 2002CA00038 and 2002CA00061, 2002-Ohio-7214; causes held for the decision in 2002–1126 and 2002–1433, *Allen v. Johnson,* Wayne App. Nos. 01CA0046 and 01CA0047, 2002-Ohio-3404; and briefing schedule stayed.

LUNDBERG STRATTON, J., concurs but would allow all propositions of law.

RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.